UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO NAVARRO, | ) | NO. ED CV 15-2317-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CALVIN JOHNSON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 17, 2016.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE